| | | |
|---|---|---|
| RICHARD BRYAN TYREE<br>2855 Plainfield Road<br>Baltimore, MD 21222 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | BALTIMORE COUNTY |
| BALTIMORE COUNTY<br>POLICE DEPARTMENT<br>700 E. Joppa Road<br>Towson, MD 21286-5501 | * | CASE NO.: C-08-10916 |
| SERVE ON: RESIDENT AGENT | * | |
| James W. Johnson, Chief of Police<br>Baltimore County Police Headquarters<br>Public Safety Building<br>700 E. Joppa Road<br>Towson, MD 21286-5501 | * | |
| BALTIMORE COUNTY, MARYLAND<br>SERVE ON: John E. Beverungen<br>400 Washington Avenue<br>Towson, MD 21204 | * | RECEIVED AND FILED<br>2008 OCT 15 P 3:33<br>CLERK OF THE CIRCUIT COURT<br>BALTIMORE COUNTY |
| OFFICER JOHN DOE<br>700 E. Joppa Road<br>Towson, MD 21286-5501 | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CIVIL COMPLAINT

Plaintiff, Richard Bryan Tyree, by and through his attorneys, David H. Cohen, W. Scott Tinney, and Cohen and Forman, LLC, files this Complaint against the Defendants, Baltimore County Police Department, Baltimore County Maryland, Officer John Doe and their agents and employees, and says in support of his claims as follows:

### FACTS COMMON TO ALL COUNTS

1. Plaintiff, Richard Bryan Tryee, is an adult citizen of Baltimore County, State of Maryland.

2. Defendant, Baltimore County Police Department, is a public corporation established under the laws of Maryland.

3. Defendant, Baltimore County, Maryland is a county government established under the laws of Maryland to sue and be sued in its own name.

4. Defendant, Officer John Doe are the officers, as yet unnamed, who were at the time of events as identified and described herein, employed by Baltimore County Police Department and Baltimore County, Maryland as uniformed police officers, and each officer was acting within the scope of his job description and within the oath of office taken by him. Officer John Doe is hereinafter referred to as "Police Officers."

5. All factual issues described herein, except as otherwise noted herein, involved the events of October 17, 2007, occurred within the geographical venue of Baltimore County, Maryland.

6. Venue and jurisdiction are appropriate for Baltimore County because of the location of the event and the violations of the Maryland Declaration of Rights, Federal Equal Rights, specifically the 14th Amendment to the United States Constitution, as well as the codified rights as set forth in Article 24 and 26 MDR, as well as 42 U.S.C. § 1983 regarding civil rights, tort and contractual, all of which Plaintiff claims were abused or denied him.

7. That on or about October 17, 2007, Plaintiff was arrested stemming from an incident that took place at or in the vicinity of Primo Pizza shop in the Essex area of Baltimore County. Subsequent to Plaintiff's arrest, he was taken into custody by members of the Baltimore County Police force and taken to the Baltimore County Police Precinct located on Kelso Drive.

8. Upon arrival at Baltimore County Police Precinct on Kelso Drive, Plaintiff was beaten about his face and body by Police Officers who were members of the Baltimore County Police Department.

9. During the beating by Police Officers, who were members of the Baltimore County Police Department, Plaintiff was not in a position to defend himself and suffered severe and permanent bodily injuries. Said injuries include but are not limited to a fractured eye socket, fractured ribs, double vision and other serious and debilitating injuries.

10. On February 22, 2008, Plaintiff through his counsel sent written notice to the Baltimore County Law Department. On February 27, 2008, John E. Beverungen acknowledged receipt of Mr. Tyree's Tort Claim Notice.

## COUNT I

### Violation of Maryland Declaration of Rights

11. Plaintiff incorporates by reference all of the allegations stated in Paragraphs 1 through 10 as though fully set forth again herein.

12. At all times relevant, the Police Officers described herein were agents of the Defendants Baltimore County Police Department and Baltimore County, Maryland, acting under color of state law and within the scope of their duties as police officers.

13. While in the custody of Baltimore County Police Department, Plaintiff was beaten about his face and body by numerous members of the Baltimore County Police Department including the aforementioned Police Officers.

14. The force used by the Police Officers was unnecessary egregious and not justified by the circumstances.

15. In deliberately, brutally, and maliciously battering the Plaintiff without just, legal

cause, the Defendants deprived the Plaintiff of his rights under Articles 24 and 26 of the Maryland Declaration of Rights.

WHEREFORE, Plaintiff, Richard Bryan Tyree, seeks judgment against the Defendants jointly and severely in the amount of $1,000,000.00 compensatory damages, plus interest, $3,000,000.00 punitive damages, costs, and attorney's fees.

## COUNT II
### Violation of Federal Constitutional Rights Under 42 U.S.C. § 1983

16. Plaintiff incorporates by reference all of the allegations stated in Paragraphs 1 through 15 as though fully set forth again herein.

17. At all times relevant, the Police Officers described herein were agents of the Defendant, acting under color of state law and within the scope of their duties as police officers.

18. While in the custody of Baltimore County Police Department, Plaintiff was beaten about his face and body by numerous members of the Baltimore County Police Department including the aforementioned Police Officers.

19. The force used by the Police Officers, who were members of the Baltimore County Police Department, was unnecessary egregious and not justified by the circumstances.

20. In deliberately, brutally, and maliciously battering the Plaintiff without just, legal cause, the Defendants deprived the Plaintiff of his rights under the 4th and 14th Amendments of the United States Constitution.

WHEREFORE, Plaintiff, Richard Bryan Tyree, seeks judgment against the Defendants jointly and severely in the amount of $1,000,000.00 compensatory damages, plus interest, $3,000,000.00 punitive damages, costs, and attorney's fees.

## COUNT III
### Assault

21. Plaintiff incorporates by reference all of the allegations stated in Paragraphs 1 through 20 as though fully set forth again herein.

22. On October 17, 2007, Police Officers and members of the Baltimore County Police Department threatened to and did viciously beat the Plaintiff.

23. At all times relevant, the Police Officers described herein were agents of the Defendant Baltimore County Police Department and Baltimore County, Maryland, acting under color of state law and within the scope of their duties as police officers.

24. Defendants' actions placed Plaintiff in fear of imminent bodily harm. The Police Officers acted with malice when threatening violence and when beating the Plaintiff.

25. The Police Officers' actions were not justified by law or by the circumstances surrounding the events.

26. As a direct and proximate result of Defendants' conduct, Plaintiff suffered severe physical injury and will continue to suffer from severe physiological injuries.

WHEREFORE, Plaintiff, Richard Bryan Tyree, seeks judgment against the Defendants jointly and severely in the amount of $1,000,000.00 compensatory damages, plus interest, $3,000,000.00 punitive damages, costs, and attorney's fees.

## COUNT IV
### Battery

27. Plaintiff incorporates by reference all of the allegations stated in Paragraphs 1 through 26 as though fully set forth again herein.

28. On October 17, 2007, the aforementioned Police Officers and members of the Baltimore County Police Department deliberately and maliciously battered Plaintiff without any

legal provocation or justification.

29. The aforementioned Police Officers and members of the Baltimore County Police Department battered the Plaintiff by beating him about his face and body causing substantial physical injury.

30. At all times relevant, the police officers described herein were agents of the Defendants Baltimore County Police Department and Baltimore County, Maryland, acting under color of state law and within the scope of their duties as police officers.

31. This contact was harmful in that it caused actual physical injury to the Plaintiff and that it was offensive and deliberate and not consented to by the Plaintiff.

32. Plaintiff suffered financial loss, pain and suffering, and severe emotional distresses as a direct and as a proximate result, the battery inflicted upon him by the Police Officers who were agents of the Defendants Baltimore County Police Department and Baltimore County, Maryland.

WHEREFORE, Plaintiff, Richard Bryan Tyree, seeks judgment against the Defendants jointly and severely in the amount of $1,000,000.00 compensatory damages, plus interest, $3,000,000.00 punitive damages, costs, and attorney's fees.

## COUNT V
### Intentional Infliction of Emotion Distress

33. Plaintiff incorporates by reference all of the allegations stated in Paragraphs 1 through 32 as though fully set forth again herein.

34. On or about October 17, 2007, the Police Officers who were agents of the Defendants Baltimore County Police Department and Baltimore County, Maryland deliberately and maliciously battered Plaintiff without any legal provocation or justification.

35. As a direct and proximate result of this deliberate and malicious action by the Police

Officers who were agents of the Defendants Baltimore County Police Department and Baltimore County, Maryland, Plaintiff has suffered severe emotional distress.

36. As a direct and proximate result of the beating inflicted upon the Plaintiff, he suffered severe emotional distress.

37. As a direct and proximate result of the Police Officers' intentional infliction of emotion distress upon the Plaintiff, he has suffered severe emotional pain and suffering as well as pecuniary loss in the form of lost wages and medical expenses.

WHEREFORE, Plaintiff, Richard Bryan Tyree, seeks judgment against the Defendants jointly and severely in the amount of $1,000,000.00 compensatory damages, plus interest, $3,000,000.00 punitive damages, costs, and attorney's fees.

_____
David H. Cohen

_____
W. Scott Tinney
Cohen & Forman, LLC
334 St. Paul Place
Baltimore, MD 21202
(410)539-1230
Attorneys for Plaintiff